# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 08-20140-01-KHV |
| ANTHONY L. LEE-EL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendant's letter (Doc. #33) filed November 16, 2009, which the Court construes as a pro se motion to dismiss for lack of jurisdiction. Initially, the Court overrules defendant's pro se motion because he is represented by counsel who did not sign the motion. See Fed. R. Civ. P. 11 (every pleading, written motion and other paper shall be signed by at least one attorney of record); United States v. Sandoval-DeLao, 283 Fed. Appx. 621, 625 (10th Cir. 2008) (no error in refusal to consider pro se motion when defendant represented by counsel); United States v. Castellon, 218 Fed. Appx. 775, 780 (10th Cir. 2007) (if criminal defendant represented by counsel, court does not accept pro se filings or allegations); United States v. McKinley, 58 F.3d 1475, 1480 (10th Cir. 1995) (no constitutional right to "hybrid form of representation").

Defendant's motion also lacks substantive merit. Defendant apparently alleges that he is not subject to prosecution because he is a sovereign of the Moors Empire. Even if defendant is an alien under United States law, he must obey the laws of the United States. See Carlisle v. United States, 83 U.S. 147, 148 (1872); Leonard v. Eley, 151 F.2d 409, 410 (10th Cir. 1945); see also Kerr v. Hedrick, 89 Fed. Appx. 962, 963-64 (6th Cir. 2004) (rejecting claim that citizen of Moorish Science Temple of America exempt from federal criminal laws); Allah El v. District Attorney for Bronx County, No. 09-cv-8746(GBD), 2009 WL 3756331, at *1 (S.D.N.Y. Nov. 4, 2009) (same; Moorish-American national

of North American Indigenous and Aboriginal "Moors" of the Ancient Moroccan Empire born in America); United States v. Summers, No. 06-20351, 2007 WL 1192198, at *2 (E.D. Mich. Apr. 19, 2007) (same; indigenous Moor of Creek nation); Osiris v. Brown, No. 05-3300-FLW, 2005 WL 2044904, at *2 (D.N.J. Aug. 24, 2005) (same; Moorish citizen); Khattab El v. United States Justice Dept., No. 86-6863, 1988 WL 5117, at *2 (E.D. Pa. Jan. 22, 1988) (same; naturalized Moorish citizen).

**IT IS THEREFORE ORDERED** that defendant's letter (Doc. #33) filed November 16, 2009, which the Court construes as a pro se motion to dismiss for lack of jurisdiction, be and hereby is **OVERRULED**.

Dated this 24th day of November, 2009, at Kansas City, Kansas.

                                                                             s/ Kathryn H. Vratil
                                                                             KATHRYN H. VRATIL
                                                                             United States District Judge